1  CHRISTOPHER J. CARR (SBN 184076)
   *CCarr@mofo.com*
2  SHAYE DIVELEY (SBN 215602)
   *SDiveley@mofo.com*
3  **MORRISON & FOERSTER LLP**
   425 Market Street
4  San Francisco, CA 94105
   Telephone: 415.268.7000
5  Facsimile:  415.268.7522

6  *Attorneys for Defendant*
   SYAR CONCRETE, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Case No. 2:10-cv-02192-JAM-GGH |
| Plaintiff, | **STIPULATION AND ORDER REGARDING EXTENDING TIME FOR FILING RESPONSIVE PLEADING** |
| v. | |
| SYAR CONCRETE, LLC, a corporation, | **Date Action Filed: August 13, 2010** |
| Defendant. | |

//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME FOR FILING RESPONSIVE PLEADING
CASE NO. 2:10-cv-02192-JAM-GGH
sf-2944635

Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and Defendant SYAR CONCRETE LLC (collectively "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Proposed Order Extending Time for Filing Responsive Pleading. Plaintiff's Complaint for Declaratory and Injunctive Relief and Civil Penalties was served on Defendant on December 3, 2010. Under the terms of the stipulation signed by the Parties on December 21, 2010, Defendant's responsive pleading would be due on January 24, 2011, without the requested extension. The Parties are continuing their diligent pursuit of settlement that would resolve this matter and, therefore, respectfully request that the Court extend the time for Defendant to answer or otherwise respond to the Complaint in the above-referenced action is extended to **February 28, 2011.**

Dated: January 20, 2011            **LOZEAU DRURY LLP**

By:   */s/ Douglas J. Chermak (as authorized)*
MICHAEL R. LOZEAU
RICHARD DRURY
DOUGLAS J. CHERMAK

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

Dated: January 20, 2011            **MORRISON & FOERSTER LLP**

By:   */s/ Shaye Diveley*
CHRISTOPHER J. CARR
SHAYE DIVELEY

Attorneys for Defendant
SYAR CONCRETE, LLC

IT IS SO ORDERED:

DATED: January 20, 2011

/s/ John A. Mendez
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME FOR FILING RESPONSIVE PLEADING
CASE NO. 2:10-cv-02192-JAM-GGH
sf-2944635

1

PDF created with pdfFactory trial version www.pdffactory.com