1   CHRISTOPHER J. CARR (SBN 184076)
    *CCarr@mofo.com*
2   SHAYE DIVELEY (SBN 215602)
    *SDiveley@mofo.com*
3   **MORRISON & FOERSTER LLP**
    425 Market Street
4   San Francisco, CA 94105
    Telephone: 415.268.7000
5   Facsimile:  415.268.7522

6   *Attorneys for Defendant*
    SYAR CONCRETE, LLC

7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA SPORTFISHING                Case No. 2:10-cv-02192-JAM-GGH
    PROTECTION ALLIANCE, a non-profit
12  corporation,

13                                          **STIPULATION AND ORDER**
                   Plaintiff,               **REGARDING EXTENDING TIME FOR**
14                                          **FILING RESPONSIVE PLEADING**
              v.
15                                          **Date Action Filed:  August 13, 2010**
    SYAR CONCRETE, LLC, a corporation,
16
                   Defendant.
17

18

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

---

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and Defendant

2    SYAR CONCRETE LLC (collectively "Parties"), by and through their respective counsel of

3    record, hereby submit this Stipulation and Proposed Order Extending Time for Filing Responsive

4    Pleading.  Plaintiff's Complaint for Declaratory and Injunctive Relief and Civil Penalties was

5    served on Defendant on December 3, 2010.  Under the terms of the stipulation signed by the

6    Parties on January 20, 2011, and ordered by the Court on January 21, 2011, Defendant's

7    responsive pleading would be due on February 28, 2011, without the requested extension.  The

8    Parties are continuing their diligent pursuit of settlement that would resolve this matter and,

9    therefore, respectfully request that the Court extend the time for Defendant to answer or otherwise

10   respond to the Complaint in the above-referenced action is extended to **March 14, 2011.**

11   Dated: February 24, 2011            **LOZEAU DRURY** LLP

12

13                                       By:    */s/ Douglas J. Chermak (as authorized)*
                                         MICHAEL R. LOZEAU
14                                       RICHARD DRURY
                                         DOUGLAS J. CHERMAK
15
                                         Attorneys for Plaintiff
16                                       CALIFORNIA SPORTFISHING
                                         PROTECTION ALLIANCE

17   Dated: February 24, 2011            **MORRISON & FOERSTER** LLP

18

19                                       By:    */s/ Christopher J. Carr*
                                         CHRISTOPHER J. CARR
20                                       SHAYE DIVELEY

21                                       Attorneys for Defendant
                                         SYAR CONCRETE, LLC
22

23   IT IS SO ORDERED:

24   DATED:  2/24/2011

25                                       /s/ John A. Mendez
                                         U.S. DISTRICT COURT JUDGE
26

27

28

STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME FOR FILING RESPONSIVE PLEADING
CASE NO. 2:10-cv-02192-JAM-GGH                                                      1
sf-2961480