MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
       doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>SYAR CONCRETE, LLC, a corporation.<br><br>     Defendant. | Case No. 2:10-cv-02192-JAM-GGH<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]** |

WHEREAS, on May 21, 2010, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Syar Concrete, LLC ("Syar") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on August 13, 2010, CSPA filed its Complaint against Syar in this Court, *California Sportfishing Protection Alliance v. Syar Concrete, LLC,* Case No. 2:10-cv-02192-JAM-GGH. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Syar, through their authorized representatives and without either adjudication of CSPA's claims or admission by Syar of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached

PDF created with pdfFactory trial version www.pdffactory.com

exhibits, entered into by and between CSPA and Syar is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties respectfully request an order from this Court dismissing such claims.  In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 15, 2014, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: August 8, 2011                          Respectfully submitted,

                                               LOZEAU DRURY LLP


                                               By:     _/s/ Douglas J. Chermak_____
                                                       Douglas J. Chermak
                                                       Attorney for Plaintiff California Sportfishing
                                               Protection Alliance


                                               MORRISON & FOERSTER LLP


                                               By:     _Christopher J. Carr (as authorized on 8/8/11) __
                                                       Christopher J. Carr
                                                       Attorney for Defendant
                                                       SYAR CONCRETE, LLC

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Syar Concrete, LLP., as set forth in the Notice and Complaint filed in Case No. 2:10-cv-02192-JAM-GGH, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 15, 2014 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:   August 8, 2011                    /s/ John A. Mendez_____
                                           Judge John A. Mendez
                                           United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com